C. MATTHEW ANDERSEN, WSBA #06868
WINSTON & CASHATT
1900 Bank of America Building
Spokane, Washington 99201
Telephone: (509) 838-6131

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 9 2001

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALFRED P. CHRISTOFFERSEN, )
WILLIAM J. GIBSON, RICHARD F. )
MAIN, and JOHN R. WARN, )
   )
            Plaintiffs, )   Case No. CS-01-0010-AAM
   )
   vs. )
   )   **MOTION TO CONSOLIDATE**
WASHINGTON AIR NATIONAL )
GUARD, in its capacity as a Federal )   (Cause No. 81-02-03081-0, In the
Agency, MAJOR GENERAL )   Superior Court, State of Washington,
TIMOTHY J. LOWENBERG, as a )   County of Spokane)
Federally Recognized Adjutant General )
of Washington State, UNITED STATES )
AIR FORCE, a Department and Agency )
of the United States; and NATIONAL )
GUARD BUREAU, an Agency of the )
United States, )
   )
   )
            Defendants. )

Plaintiffs move this Court for an order consolidating United States District Court Case No. CS-00-0216-WFN, now pending before the Court, with the instant action, on the grounds that both actions present common

MOTION TO CONSOLIDATE
PAGE -1-

LAW OFFICES OF
*Winston & Cashatt*
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

questions of law and substantially related issues which can conveniently be tried together without prejudice to any party.

This Motion is made pursuant to F.R.C.P. 42(a) and is based upon the pleadings filed in this matter and United States District Court Case No. CS-00-0216-WFN.

DATED this 9th day of January, 2001.

C. MATTHEW ANDERSEN, WSBA #06868
WINSTON & CASHATT
Attorneys for Plaintiffs

I hereby certify that I caused a true and correct copy of the foregoing to be [ ] mailed, postage prepaid; [X] sent via facsimile; [ ] hand-delivered, on this 9th day of January, 2001 to:

Jonathan T. McCoy
Assistant Attorney General
Attorney General of Washington
11215 Washington Street SE
Olympia, WA 98504-0100

Rolf H. Tangvald
U. S. Attorney's Office
920 W. Riverside Ave., Suite 300
Spokane, WA 99201-1008

C. MATTHEW ANDERSEN

MOTION TO CONSOLIDATE
PAGE -2-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131