C. MATTHEW ANDERSEN, WSBA #06868
WINSTON & CASHATT
1900 Bank of America Building
Spokane, Washington 99201
Telephone: (509) 838-6131

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

APR 24 2001

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFRED P. CHRISTOFFERSEN, WILLIAM J. GIBSON, RICHARD F. MAIN, and JOHN R. WARN, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON AIR NATIONAL GUARD, in its capacity as a Federal Agency, MAJOR GENERAL TIMOTHY J. LOWENBERG, as a Federally Recognized Adjutant General of Washington State, UNITED STATES AIR FORCE, a Department and Agency of the United States; and NATIONAL GUARD BUREAU, an Agency of the United States, <br><br> Defendants. | Case No. CS-01-0010-AAM <br><br> **MOTION FOR SUMMARY JUDGMENT FOR DECLARATORY RELIEF** <br><br> (Cause No. 81-02-03081-0, In the Superior Court, State of Washington, County of Spokane) <br><br> **(with oral argument)** |

MOTION FOR SUMMARY JUDGMENT . . .
PAGE -1-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

Plaintiffs move this Court for an order for summary judgment for declaratory relief.

This Motion is made pursuant to F.R.C.P. 56 and is based upon the pleadings filed in this matter and United States District Court Case No. CS-00-0216-WFN, the Statement of Material Facts and the Affidavit of C. Matthew Andersen attaching relevant pleadings and affidavits.

DATED this 24th day of April 2001.

*[signature]*

C. MATTHEW ANDERSEN, WSBA #06868
WINSTON & CASHATT
Attorneys for Plaintiffs

I hereby certify that I caused a true and correct copy of the foregoing to be [X] mailed, postage prepaid; [ ] sent via facsimile; [ ] hand-delivered, on this 24th day of April 2001 to:

Jonathan T. McCoy
Assistant Attorney General
Attorney General of Washington
11215 Washington Street SE
Olympia, WA 98504-0100

MOTION FOR SUMMARY JUDGMENT . . .
PAGE -2-

LAW OFFICES OF
*Winston & Cashatt*
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

1 | Rolf H. Tangvald
2 | U. S. Attorney's Office
3 | 920 W. Riverside Ave., Suite 300
  | Spokane, WA 99201-1008

*Hand delivered @*

*/s/ C. Matthew Andersen*

C. MATTHEW ANDERSEN

26 | MOTION FOR SUMMARY JUDGMENT . . .
   | PAGE -3-

LAW OFFICES OF
*Winston & Cashatt*
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131