C. MATTHEW ANDERSEN, WSBA #06868
WINSTON & CASHATT
1900 Bank of America Building
Spokane, Washington 99201
Telephone: (509) 838-6131

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

APR 24 2001

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFRED P. CHRISTOFFERSEN, WILLIAM J. GIBSON, RICHARD F. MAIN, and JOHN R. WARN, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON AIR NATIONAL GUARD, in its capacity as a Federal Agency, MAJOR GENERAL TIMOTHY J. LOWENBERG, as a Federally Recognized Adjutant General of Washington State, UNITED STATES AIR FORCE, a Department and Agency of the United States; and NATIONAL GUARD BUREAU, an Agency of the United States, <br><br> Defendants. | Case No. CS-01-0010-AAM <br><br> **PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR DECLARATORY RELIEF** <br><br> (Cause No. 81-02-03081-0, In the Superior Court, State of Washington, County of Spokane) |

PLAINTIFFS' STATEMENT OF MATERIAL FACTS . . .
PAGE -1-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

The following is the statement of material facts not in dispute submitted in support of Plaintiffs' motion for summary judgment for declaration relief, pursuant to Local Rule 56.1(a):

1. Each Plaintiff served as a high-ranking member of the Washington State National Guard (WANG) with distinguished military records. (Affidavits of all four Plaintiffs attached as Exhibit Nos. 6, 7, 8, and 9 to Affidavit of C. Matthew Andersen)

2. Each Plaintiff was also employed as a federal civil servant in the position of Air National Guard Technician. They were employed as a caretaker of federal equipment used by WANG. Each Plaintiff had served with distinction. (Affidavits of all four Plaintiffs attached as Exhibit Nos. 6, 7, 8, and 9 to Affidavit of C. Matthew Andersen)

3. As a requirement for employment as a Technician, each Plaintiff was required to be in WANG at all times. 32 USC 709.

4. Each Plaintiff was terminated from WANG in October 1978 due to retaliatory actions by the WANG Adjutant General by his improper use of a federal employment regulation. (Exhibit No. 2 to Affidavit of C. Matthew Andersen)

5. At the time of termination, each Plaintiff was also terminated as a federal civil servant for no reason other than loss of membership in WANG. (Exhibit No. 1 Affidavit of C. Matthew Andersen)

PLAINTIFFS' STATEMENT OF MATERIAL FACTS . . .
PAGE -2-

LAW OFFICES OF
*Winston & Cashatt*
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

6. Each Plaintiff has sought relief in several jurisdictions, including before the Air Force Board for Correction of Military Records (AFBCMR).

7. The termination of each Plaintiff was found to be improper and the AFBCMR reinstated the Plaintiffs in their military capacity on February 22, 2000. The AFBCMR awarded each Plaintiff military back pay to age 55 and increased military retirement benefits. (Exhibits A, B, C and D to the Declaration of Jon McCoy; Exhibit No. 12 to Affidavit of C. Matthew Andersen)

8. The AFBCMR does not address lost civil service pay and benefits. (Exhibit 2 to Affidavit of C. Matthew Andersen)

9. Because Plaintiffs' lost their federal civilian Technician positions (in 1978) solely because of the improper decision concerning their military status, the Adjutant General of Washington, as their federal employer has taken administrative action to correct their civilian employment records. (Exhibit F to Declaration of Jon McCoy)

10. As civilian Technicians, each Plaintiff was an employee of the United States Department of the Air Force. 32 USC §709(e)

11. The Washington State Adjutant General is the sole agent for administration of the Federal Technician Program in the State of Washington. 32 USC §709(d)

12. WANG's Adjutant General is the "appropriate authority" under the Federal Back Pay Act to make determinations for correction of Technician employment records. 32 USC §709(d).

PLAINTIFFS' STATEMENT OF MATERIAL FACTS . . .
PAGE -3-



LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

13. WANG's Adjutant General has issued the appropriate Back Pay Act determination that Plaintiffs' dismissal was unwarranted, and provided commensurate relief for the loss of their civilian positions in the form of back pay. (Exhibit E to Declaration of Jon McCoy)

14. On May 25, 2000, the Washington National Guard received a memorandum (dated May 22, 2000) from Colonel Howard W. Derrick, USAF, Deputy Chief, Financial Management and Comptroller of the National Guard Bureau returning the back pay claims "without action." (Exhibit G to Declaration of Jonathan T. McCoy)

15. Plaintiffs have commenced suit in the Spokane County Superior Court of Washington. They claim, inter alia, for damages because of lost civil service pay and retirement. (1981-02-03081-0).

16. The State of Washington asserts that the Federal Back Pay Act controls the relief sought by Plaintiffs in the State action. (See generally Memorandum of Law in Opposition to Remand, Exhibit 11 to Affidavit of C. Matthew Andersen)

17. There is a judiciable conflict between the views of the federal agent, MG Lowenberg and the National Guard Bureau as to who has the authority to make determinations under the Back Pay Act. (See above)

DATED this 24th day of April 2001.

*[signature]*

C. MATTHEW ANDERSEN, WSBA #06868
WINSTON & CASHATT
Attorneys for Plaintiffs

PLAINTIFFS' STATEMENT OF MATERIAL FACTS . . .
PAGE -4-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

I hereby certify that I caused a true and correct copy of the foregoing to be [ ] mailed, postage prepaid; [ ] sent via facsimile; [X] hand-delivered, on this 24th day of April 2001 to:

Jonathan T. McCoy
Assistant Attorney General
Attorney General of Washington
11215 Washington Street SE
Olympia, WA 98504-0100

Rolf H. Tangvald    hand delivered @
U. S. Attorney's Office
920 W. Riverside Ave., Suite 300
Spokane, WA 99201-1008

_____
C. MATTHEW ANDERSEN

PLAINTIFFS' STATEMENT OF MATERIAL FACTS ...
PAGE -5-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131