1  C. MATTHEW ANDERSEN, WSBA #06868
   WINSTON & CASHATT
2  1900 Bank of America Building
3  Spokane, Washington 99201
   Telephone: (509) 838-6131
4

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

APR 24 2001

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFRED P. CHRISTOFFERSEN, WILLIAM J. GIBSON, RICHARD F. MAIN, and JOHN R. WARN, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON AIR NATIONAL GUARD, in its capacity as a Federal Agency, MAJOR GENERAL TIMOTHY J. LOWENBERG, as a Federally Recognized Adjutant General of Washington State, UNITED STATES AIR FORCE, a Department and Agency of the United States; and NATIONAL GUARD BUREAU, an Agency of the United States, <br><br> Defendants. | Case No. CS-01-0010-AAM <br><br> **AFFIDAVIT OF C. MATTHEW ANDERSEN** <br><br> (Cause No. 81-02-03081-0, In the Superior Court, State of Washington, County of Spokane) |

AFFIDAVIT OF C. MATTHEW ANDERSEN
PAGE -1-

LAW OFFICES OF
*Winston & Cashatt*
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

STATE OF WASHINGTON    )
                       : ss.
County of Spokane      )

C. Matthew Andersen, being first duly sworn upon oath, deposes and says:

(1) That I am one of the attorneys for Plaintiffs in the above entitled action, over the age of majority and well acquainted with the facts stated herein and competent to testify as to such facts.

(2) I submit this affidavit in support of Plaintiffs' Motion for Summary Judgment for Declaratory Relief.

(3) The information and attached exhibits set forth herein is true and correct to the best of my knowledge and belief, based on my review of the court files and related records.

(4) Exhibit 1 is an exemplary illustrative copy of the of the letter sent to each Plaintiff advising them that they were involuntarily terminated as Technicians due to loss of membership in the Guard and the action was not "adverse".

(5) Exhibit 2 is an exemplary copy of the AFBCMR opinion of February 22, 2000. It is similar in form as to each of the Plaintiffs.

AFFIDAVIT OF C. MATTHEW ANDERSEN
PAGE -2-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

(6) Exhibit 3 is a copy of the February 16, 2001 order of Judge Nielsen denying removal.

(7) Exhibit 4 is a copy of the relevant portions of ANGR 36-06, which calls for consideration of a Technician's legibility for retirement. (Para. 10(e)(4).

(8) Exhibit 5 is a copy of the concubinary finding of the ABGR 36-06 Board that each Plaintiff was "most qualified to meet the continuing requirements of their assignment."

(9) Exhibits 6, 7, 8, and 9 are copies of the affidavits previously filed by each Plaintiff in the Court of Claims actions and sets forth the background of their claims.

(10) Exhibit 10 is a copy of MG Collins' "hit list" which ranked Plaintiff Christoffersen, Gibson, Main and Warn as the number 1-4 individuals to be terminated despite the favorable ruling of the ANGR 36-06 Board.

(11) Exhibit 11 is a copy of the Memorandum of Washington State Air National Guard advocating removal of the Superior Court lawsuit.

(12) Exhibit 12 is a copy of the Declaration of Jonathan T. McCoy filed in CS 00-216 WFN in support of the State's request to remove the Superior Court action filed in Spokane County Superior Court 1981-02-03081-0.

AFFIDAVIT OF C. MATTHEW ANDERSEN
PAGE -3-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

(13) Exhibit 13 is a copy of the decision rendered in U.S. Department of Defense, National Guard Bureau and the Association of Civilian Technicians, 55 FLRA No. 115, FLRA Rep. No. 946, 1999 WL 563729 (FLRA).

_____
C. MATTHEW ANDERSEN

SUBSCRIBED AND SWORN to before me this 24 day of April, 2001.

_____
Notary Public in and for the State of Washington, residing at Spokane
My Commission Expires:

I hereby certify that I caused a true and correct copy of the foregoing to be [ ] mailed, postage prepaid; [ ] sent via facsimile; [X] hand-delivered, on this 24th day of April 2001 to:

Jonathan T. McCoy          hand delivered @
Assistant Attorney General
Attorney General of Washington
11215 Washington Street SE
Olympia, WA  98504-0100

Rolf H. Tangvald
U. S. Attorney's Office
920 W. Riverside Ave., Suite 300
Spokane, WA  99201-1008

_____
C. MATTHEW ANDERSEN

AFFIDAVIT OF C. MATTHEW ANDERSEN
PAGE -4-

LAW OFFICES OF
Winston & Cashatt
1900 BANK OF AMERICA FINANCIAL CENTER
SPOKANE, WASHINGTON 99201
www.winstoncashatt.com
(509) 838-6131

ATTACHMENTS
NOT
SCANNED