# UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGTON

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. **01-35767**    U.S. District Court No. **CS-01-0010-AAM**
Short Case Title **CHRISTOFFERSEN v. WA. AIR. NAT'L GUARD**    Date Notice of Appeal Filed **8-3-01**
List of Court Reporters for this appeal **SUSAN HANEY**

A. To be completed by party ordering transcript:    (attach additional page for designations if necessary)

| Court Reporter Name | Hearing Date | Name of Proceeding * |
|---|---|---|
| SUSAN HANEY | JUNE 19, 2001 | ORAL ARGUMENT HEARING (DOCKET ENTRY NO. 38) |
| | | |
| | | |
| | | |

*FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON*
*AUG 24 2001*
*JAMES R. LARSEN, CLERK _____ DEPUTY*
*YAKIMA, WASHINGTON*

\* Please specify if ordering Opening Statements, Closing Arguments, Voir Dire, Jury Instructions.

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

B. Certification: By signing below, I certify that I will ~~pay all charges~~ (deposit if applicable) and for work done prior to cancellation.
Signature of attorney/pro se _____    Date **8-23-01**
Address **920 W. RIVERSIDE AVE., SPOKANE, WA 99201**    Phone No. **(509) 353-2767**
Please type or print attorney/pro se name **ROLF A. TANGVALD**
☐ CJA    ☐ Retained    ☐ Pro Se
Name of Party you represent **UNITED STATES AIR FORCE**

C. For Court Reporter to Complete When Financial Arrangements are Made:
I, _____ have received this designation
        (signature of court reporter)
☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate number of pages in transcript_____    Due Date _____

D. For Court Reporter to Complete and Submit to Clerk's Office When Transcript is Filed:
Date Transcript Filed_____    Court Reporter's Signature_____

E. For Appellate Clerk to Complete:
U.S. District Court Clerk: I certify that the record is available in the office of the U.S. District Court.

__James R. Larsen__    By: _____
(U.S. District Court Clerk)    (date)    (Deputy Clerk)

**Instructions to Attorney/Pro Se:**
Provide copy to opposing counsel. Submit original to U.S. District Court Clerk's Office when completed.